

2009R00445/JGW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. JFM-09-0453 |
| | : | (Conspiracy to Import Heroin, |
| v. | : | 21 U.S.C. § 963; |
| | : | Conspiracy to Distribute and |
| DARRYL ALLEN | : | Possess with Intent to Distribute |
| | : | Heroin, 21 U.S.C. 846) |

...o0o...

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From on or about June 2, 2009 until on or about June 8, 2009, in the District of Maryland, Bangladesh and elsewhere,

**DARRYL ALLEN**

the defendant herein, did willfully, knowingly and unlawfully combine, conspire, confederate and agree with other persons both known and unknown to the Grand Jury to import into the United States of America from a place outside thereof, to wit, Bangladesh, one hundred grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952(a), 960(a0)(1) and (b)(2)(B)(ii).

21 U.S.C. § 963

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

From on or about June 2, 2009 until on or about June 8, 2009, in the District of Maryland, Bangladesh and elsewhere,

**DARRYL ALLEN**

the defendant herein, unlawfully, knowingly and intentionally did combine, conspire, confederate, and agree with other persons both known and unknown to the Grand Jury to unlawfully, knowingly and intentionally distribute and possess with intent to distribute one hundred grams or more of a quantity of a mixture or a substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, § 841.

21 U.S.C. § 846

**SIGNATURE REDACTED**

Foreperson

_____
Rod J. Rosenstein
United States Attorney

Aug. 18, 2009
Date